AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WESLEY DALLAS AYERS | ) Case No. 8:18mj41 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __on or about 01/30/2018__ in the county of __ANDERSON__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, U.S.C., Section 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit in Support.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Theodore M. Socha, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/5/18

_____
*Judge's signature*

City and state: Greenville, South Carolina

KEVIN F. MCDONALD, U.S. Magistrate Judge
*Printed name and title*