RECORD OF GRAND JURY BALLOT

c/ 8:18 - 389

THE UNITED STATES OF AMERICA v. WESLEY DALLAS AYERS

(SEALED UNTIL FURTHER ORDER OF THE COURT)