IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.  8:18-cr-389-HMH |
| | ) | 18 U.S.C. § 2332a |
| | ) | 18 U.S.C. § 844(h)(1) |
| vs. | ) | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) | 18 U.S.C. § 924(c)(3)(A) |
| | ) | |
| **WESLEY DALLAS AYERS** | ) | INFORMATION |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That beginning in or about January 2018, and continuing thereafter, up to and including in or about March 2018, in the District of South Carolina, the Defendant, **WESLEY DALLAS AYERS**, acting without lawful authority, did knowingly use, attempt to use, and threaten to use weapons of mass destruction, specifically, destructive devices, against a person and property within the United States, and the results of the offense affected and would have affected interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2332a.

## COUNT 2

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 30, 2018, in the District of South Carolina, the Defendant, WESLEY DALLAS AYERS, did knowingly possess a firearm in furtherance of a crime of violence, namely a violation of Title 18, United States Code, Section 2332a, which is prosecutable in a court of the United States, and did discharge the firearm during the commission of the offense;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 924(c)(3)(A).

## COUNT 3

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 15, 2018, in the District of South Carolina, the Defendant, WESLEY DALLAS AYERS, knowingly used explosive materials to commit a felony, which is prosecutable in a court of the United States, and carried an explosive during the commission of a felony, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Sections 844(h)(1) and (2).

_____  (DJB/twd)
SHERRI A. LYDON
UNITED STATES ATTORNEY