AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

United States of America

vs.

Wesley Dallas Ayers

**JUDGMENT IN A CIVIL CASE**

Case Number: 8:18cr389-1

8:19cv2939-HMH

- **[ ]  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- **[ ]  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- **[X]  Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that Wesley Dallas Ayers' sentence is vacated, and his judgment of conviction is immediately reinstated and reimposed with the date of imposition being October 21, 2019, the filing date of the Court's Opinion and Order. The § 2255 motion is dismissed with leave to refile and all other claims raised in the motion are dismissed without prejudice.

ROBIN L. BLUME, Clerk

October 21, 2019

BY: _____
Deputy Clerk